IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MR. SCOTT JEFFREY MELNICK,

          Plaintiff,

    v.

LEHIGH PIZZA,

          Defendant.

CIVIL ACTION
NO. 14-3070

## ORDER

**AND NOW**, this 28th day of January, 2015, upon a review of the complaint in this matter, and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that this matter is **DISMISSED WITH PREJUDICE**, and the Clerk shall mark the case closed.

**IT IS FURTHER ORDERED** that no further pleadings shall be docketed or filing fees accepted from Plaintiff in this matter without prior approval of the undersigned.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.